UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:09-cr-48-T-30EAJ

BRIEN KEITH SAMPSON

### FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the court upon the filing of the Motion of the United States of America (Doc. 33) for a forfeiture money judgment in the amount of $1,080,000.00, which, at sentencing, shall be a final judgment of forfeiture as to defendant Brien Keith Sampson's interest in property subject to forfeiture.

The court, being fully advised in the premises, hereby finds that the government has established that the defendant obtained $1,080,000.00 in drug proceeds as a result of the cocaine conspiracy, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), for which the defendant has been found guilty as charged in Count One of the Indictment. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the motion of the United States (Doc. 33) is GRANTED.

It is further **ORDERED** that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), Fed. R. Crim. P., defendant Brien Keith Sampson is personally liable to the United States of America for a forfeiture money judgment in the amount of $1,080,000.00.

It is further **ORDERED**, that the United States may seek forfeiture of any of the defendant's property up to the value of the $1,080,000.00 money judgment as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p).

The court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Tampa, Florida on September 10, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-48.fj 33.wpd